

# Fourth Court of Appeals
## San Antonio, Texas

December 22, 2020

No. 04-20-00540-CV

**IN THE INTEREST OF B.Q., A CHILD,**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-02216
Honorable Richard Garcia, Judge Presiding

# O R D E R

Appellant's brief was due on December 22, 2020. *See* TEX. R. APP. P. 38.6(a). Before the due date, Appellant filed a motion for a twenty-day extension of time to file the brief.

Appellant's motion is GRANTED. Appellant's brief is due on January 11, 2021.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of December, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court